**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

RODNEY DERRICKSON,          :  No. 150 WAL 2022
                                :
          Petitioner      :
                                :  Petition for Allowance of Appeal
                                :  from the Order of the
          v.                :  Commonwealth Court
                                :
                                :
CO STRAZISER, ET AL.,       :
                                :
          Respondents  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.